1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3
           450 Golden Gate Avenue, Box 36055
4          San Francisco, California 94102-3495
           Telephone: (415) 436-6730
5          FAX: (415) 436-6748
           Email: Alex.Tse@usdoj.gov
6
   Attorneys for Defendants
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11
   NARGIS BEGUM,                              )
12                                            ) C 14-3085 KAW
            Plaintiff,                        )
13                                            )
        v.                                    ) **STIPULATION TO EXTEND DATES;**
14                                            ) **and [PROPOSED] ORDER**
   DAVID L. ROARK, Director, USCIS            )
15 Texas Service Center; ALEJANDRO            )
   MAYORKAS, Director, USCIS; LORI            )
16 SCIALABBA, Acting Director, USCIS; U.S.    )
   Citizenship and Immigration Services; JEH  )
17 JOHNSON[1], Secretary, Department of       )
   Homeland Security; ERIC H. HOLDER, JR.,    )
18 U.S. Attorney General,                     )
                                              )
19          Defendants.                       )
20 ─────────────────────────────────

21    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorney of

22 record, hereby stipulate, subject to the approval of the Court, to a 60-day extension of time within which

23 the Defendants must serve the answer or otherwise respond in the above-entitled action.  Defendants

24 will file their response on or

25 ///

26 ///

27 ─────────────────────────
        [1] Jeh Johnson is the Secretary of U.S. Department of Homeland Security, and should replace
28 Janet Napolitano as the named defendant in this action.
   STIPULATION TO EXTEND DATES AND [PROPOSED] ORDER
   C14-3085 KAW

before November 7, 2014.

| | |
|---|---|
| Date: August 14, 2014 | Respectfully submitted, |
| | MELINDA HAAG<br>United States Attorney |
| | /s/<br>ALEX G. TSE<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: August 14, 2014 | _____/s/_____<br>ANNA BENVENUE<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 8/15/14

_____
KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION TO EXTEND DATES AND [PROPOSED] ORDER
C14-3085 KAW