MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
MELANIE L. PROCTOR (CABN 228971)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6748
    Email: Melanie.proctor@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NARGIS BEGUM, | )   C 14-3085 KAW |
|     Plaintiff, | ) |
| v. | ) **STIPULATION TO EXTEND DATES;** |
| | ) **and [~~PROPOSED~~] ORDER** |
| DAVID L. ROARK, Director, USCIS Texas Service Center; ALEJANDRO MAYORKAS, Director, USCIS; LORI SCIALABBA, Acting Director, USCIS; U.S. Citizenship and Immigration Services; JEH JOHNSON[1], Secretary, Department of Homeland Security; ERIC H. HOLDER, JR., U.S. Attorney General, | ) |
|     Defendants. | ) |

    Plaintiff filed this action on or about July 8, 2014. On August 18, 2014, the Court approved the parties' stipulation to extend time for the Defendants to answer the Complaint. ECF 7. The U.S. Citizenship and Immigration Services ("USCIS") has approved Plaintiff's application for adjustment of status, and has advised Plaintiff that it will issue a decision on the I-730 application she filed on behalf

---

[1] Jeh Johnson is the Secretary of U.S. Department of Homeland Security, and should replace Janet Napolitano as the named defendant in this action.

STIPULATION TO EXTEND DATES AND [PROPOSED] ORDER
C14-3085 KAW

1  of her husband within the next thirty days.  Accordingly, Plaintiff, by and through her attorney of record,
2  and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the
3  Court, to a 30-day extension of time within which the Defendants must serve the answer or otherwise
4  respond in the above-entitled action.  Defendants will file their response on or before December 7, 2014.

Date: November 7, 2014                           Respectfully submitted,

                                    MELINDA HAAG
                                    United States Attorney

                                    /s/
                                  MELANIE L. PROCTOR
                                  Assistant United States Attorney
                                  Attorneys for Defendants

Date: November 7, 2014                           _____/s/_____
                                  ANNA BENVENUE
                                  Attorney for Plaintiff

**ORDER**

    Pursuant to stipulation, IT IS SO ORDERED.

Date: 11/7/14                                    _____
                                  KANDIS A. WESTMORE
                                  United States Magistrate Judge